**DENY and Opinion Filed August 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00702-CV

## IN RE TIFFANY LENELLE STYLES, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56271-2014**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Partida-Kipness

Before the Court are relator's July 21, 2022 petition for writ of mandamus and motion for temporary relief. In the petition, relator challenges the trial court's July 20, 2022 temporary orders issued in the underlying suit affecting the parent-child relationship.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (per curium) (orig. proceeding) (citing *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). As the party seeking relief, relator has the burden of providing the Court with a certified or sworn copy of every document that is material to

establishing her right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies). Because we conclude that she has not met this burden, we deny the petition for writ of mandamus. We also deny the motion for temporary relief as moot.

We further strike the petition and supporting appendix for relator's failure to comply fully with Texas Rule of Appellate Procedure 9.9's redaction requirements. *See* TEX. R. APP. P. 9.9.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220702F.P05